

TELEPHONE: (513) 863-1200     TELECOPIER: (513) 863-1503

# Schiavone
## LAW OFFICE

### F. JOSEPH SCHIAVONE CO., L.P.A.
2 SOUTH THIRD STREET
SUITE 300
HAMILTON, OHIO 45011

FRANK J. SCHIAVONE III
ATTORNEY AND COUNSELOR
AT LAW

FJSLAW@GMAIL.COM
WWW.SCHIAVONELAWOFFICE.COM

July 11, 2023

Magistrate Judge Karen Litkozitz

Sent via Email (litkozitz_chambers@ohsd.uscourts.gov)

       Re: United States of America vs. Farhan Jami
            Case Number: 23-cr-00063

Your Honor,

    Attached hereto please find three letters in support of Mr. Jami. These letters were sent to the Prosecutor in this matter, as well as this communication.

    These letters will be offered into evidence at the Detention Hearing in this matter.

                           Thank You,

                           F. JOSEPH SCHIAVONE, CO., L.P.A.

                           Frank J. Schiavone III
                           Attorney at Law

CASE NO. 23-CR-00063

IN THE MATTER OF:

UNITED STATES OF AMERICA

v.

FARHAN JAMI

<u>ITEMIZED EVIDENCE INVENTORY</u>

Exhibit List

..................................................................................

| Judge: | Attorney | Attorney |
|---|---|---|
| TRIAL DATE | BAILIFF/COURT OFFICER | COURTROOM DEPUTY |
|  |  |  |

| EX. NO. | IDENTIFIED (circle one) | ADMITTED, DENIED, or WITHDRAWN (circle one) | DESCRIPTION OF EXHIBITS |
|---|---|---|---|
| A | Yes   No | A   D   W | Letter of Support from Raymond Correa |
| B | Yes   No | A   D   W | Letter of Support from Mubarak Shah |
| C | Yes   No | A   D   W | Letter of Support from Arib Hasan |
|  | Yes   No | A   D   W |  |
|  | Yes   No | A   D   W |  |
|  | Yes   No | A   D   W |  |
|  | Yes   No | A   D   W |  |
|  | Yes   No | A   D   W |  |
|  | Yes   No | A   D   W |  |

SCHIAVONE [illegible] OFFICE
2 SOUTH THIRD STREET, SU[ ], [ ]O - HAMILTON, OH 45011
TELEPHONE: (513) 863-4200 - TELECOPIER: (513) 863-1503
FJSLAW@GMAIL.COM

|  | Yes   No | A   D   W |  |
|---|---|---|---|

This is to certify that _____, Bailiff/Court Officer for the _____ County Court, delivered the following evidence in the within case to the Evidence Custodian on the ____ day of _____, 2023.

_____    _____    _____
Bailiff/Court Officer             Evidence Custodian              Deputy (if needed)


EXHIBIT A

Raymond Correa
1 Schubert Ct
Huntington Station
NY 11746
Ray@compassionatecareadvisors.com
June, 1st 2023

The Honorable Judge

Subject: Character Reference for Farhan Jami

Dear Honorable Judge,

I am writing to provide a character reference for Farhan Jami, a person I have had the privilege of knowing and working with for many years. I first met Farhan when he was a young man, and I was his first full time employer. After starting his professional journey, we worked closely as I mentored him. His dedication and commitment to his roles were commendable and in about 8-10 months he was promoted to regional leader of the company I own, Company Care Advisors LLC.

After some time, Farhan moved to California and quickly went up the ranks at the new company he worked with. Our professional paths crossed again when he returned, and he decided to collaborate with me in a new venture. In the subsequent years we have continued networking and helping each other when we had ideas. I have had the chance to witness his outstanding growth from 22-30 plus years old and his qualities and character both as a professional and as a person have never come into question.

Farhan's contribution to society has been great. He consistently assists others, and his dedication towards the organizations he is a part of is commendable. Farhan's sense of service, hard work, commitment and his ability to uplift those around him are qualities that I deeply admire.

It is his personal attributes that make him truly exceptional. Farhan is a devoted family person. He assumed a significant role in his family after the untimely loss of his father as a teenager. Without hesitation he stepped in to fill the role as man of the house at a very young age. He takes care of his mother and provides constant support to his two younger sisters, the eldest is currently studying in medical school, and the others are pursuing successful careers. He has been a pillar of strength for his family.

I firmly believe that Farhan Jami is an asset to any community he is a part of and strengthens the fabric of society. His spirit, compassionate nature and commitment to family and community are something that any person can respect and commend. That being said, whatever may have happened is definitely out of character and I hope you can find it in your heart to consider some leniency.

Thank you for considering this letter. I hope it provides a picture of Farhan Jami's character and demonstrates why I hold him in such high esteem.

Yours sincerely,

Best Regards,

Raymond M. Correa Sr.
Compassionate Care Advisors LLC
Managing Director
Office: 516-340-9995
Cell: 516-658-6111
Email: ray@corunit.com



To Whom This May Concern,

I find myself in both deep sorrow and shock at the prospect of writing this letter on the behalf of my dear friend Farhan Jami. Anyone who has ever known him would never expect or understand how this has come to pass but I wanted to make sure it is known to those in a decision making authority how unlike Farhan this is and how he truly was – as someone who has known him for close to 2 decades now.

I am writing to express my unwavering support for my friend, Farhan Jami, whose character and actions throughout the years I have known him demonstrate a person who is far more than the current circumstances would suggest.

My name is Mubarak Shah and I have had the distinct pleasure of knowing him for two decades. We first met in elementary school and since then, our relationship has grown from acquaintances to a friendship that I treasure deeply.

Throughout the years, I have come to know Farhan as an individual of immense kindness, sincerity, and generosity. He has a unique ability to empathize with others, a trait that is clearly reflected in his interactions with people around him. He has consistently shown himself to be a caring and compassionate individual who is always willing to lend a hand, regardless of the situation or circumstance.

I have personally witnessed his dedication to helping those around him. Whether it was offering a listening ear to anyone in need, Farhan has always been a beacon of compassion and goodwill to those around him. It has always been evident to me that Farhan's natural disposition is to give rather than to receive, and to uplift those around him.

It's challenging to reconcile the Farhan I know with the situation he now finds himself in. I understand the gravity of the charges he is facing, and I believe in our justice system's pursuit of truth and fairness. However, I also believe that people are far more complex than their worst mistakes, and I firmly believe that Farhan's actions throughout his life paint a fuller picture of his character.

If I had to describe Farhan in a single sentence, I would say that he is a man who cares deeply about others, and consistently puts their needs before his own. I believe that this nature of his can contribute positively to society, and that this incident is not indicative of his true character.

I kindly ask you to consider Farhan's lifelong dedication to kindness and helping others, and the good that he has contributed to his community over the years. I believe that Farhan is capable of growth, rehabilitation, and positive contributions to society.

Thank you for taking the time to consider this perspective. I am confident that his character, a man of kindness, generosity, and empathy, is still intact. I am hopeful that his future actions will reflect the good-natured, helpful person we have known him to be for the past two decades.

With utmost respect,

Mubarak Shah, CPA



# Arib Hasan

307 Lorraine St
North Bellmore, New York, 11710

06/04/23

To the Honorable Judge,

I have known Farhan Jami for 15 years as a friend and almost 10 years as a business partner. I was shaken to my core hearing the news and details. I am honored to write this letter which I hope can be taken into deep consideration during this process. I do understand the seriousness of these allegations, but I hope and pray the court can show leniency.

Farhan is one of the most patient, caring and loving people I've had a chance to get to know. He has a loving mother and three sisters that he does his best to support. As a friend, I have never seen Farhan commit any violent acts or get into any physical altercations. We spend time by playing basketball, going to concerts or grabbing dinner. I am planning on getting married and Farhan asked if he could recite religious scriptures in the opening ceremony so there can be God's blessing present at the event.

As a business partner I've never seen Farhan be as consistent and committed to anything like he is with our company, Brightside Debt Relief. We help people who are having an extremely hard time with credit card debt. Farhan is so passionate about helping people who are in financial hardship. He has displayed so much empathy to our clients and their difficult situations and does everything in his power to help.

I humbly ask you for leniency while going through this process. I hope this letter explained the type of person Farhan is and the type of support he has moving forward. Despite the current situation, I still believe Farhan Jami to be an honorable individual, a valued member of my community and a good person.

Sincerely,

Arib Hasan