**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO. 1-23-CR-00063** |
| **Plaintiff,** | |
| v. | **JUDGE McFARLAND** |
| **FARHAN JAMI,** | **SUPERSEDING INFORMATION** |
| **Defendant.** | **26 U.S.C. § 5861(d)** |
| | **26 U.S.C. § 5871** |

**THE UNITED STATES ATTORNEY CHARGES:**

## COUNT 1

### (Possession of an Unregistered Firearm—Destructive Device)

On or about May 16, 2023, at or near Butler County, Ohio, in the Southern District of Ohio, **FARHAN JAMI**, did knowingly possess a firearm, to wit: an incendiary device, which is a destructive device as defined by Title 26, United States Code, Sections 5845(a)(8) and 5845(f)(1), and which was not registered to him in the National Firearms Registration and Transfer Record, as required by 26 U.S.C. § 5841.

**In violation of Title 26, United States Code, Sections 5861(d) and 5871.**

### FORFEITURE ALLEGATION

Upon conviction of the offense set forth in Count 1 of this Superseding Information, the defendant, **FARHAN JAMI**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in such violation.

### SUBSTITUTE ASSETS

If any of the property described above, as a result of any act or omission of the defendant:

a.      cannot be located upon the exercise of due diligence;

     b.      has been transferred or sold to, or deposited with, a third party;

     c.      has been placed beyond the jurisdiction of the court;

     d.      has been substantially diminished in value; or

     e.      has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of the defendant, up to the value of the property described above.

KENNETH L. PARKER
UNITED STATES ATTORNEY


RYAN A. KEEFE (MA 687613)
ASSISTANT UNITED STATES ATTORNEY