Name: Farhan Jami
Fed. Reg. No.# 67782-510

FCI Allenwood Low
PO Box 1000
White Deer PA 17887

7/30/24

*Emailed to Richard Monahan*
*08/12/2024*

In Re: Case Number 1:23-cr-063 Sentenced 3/13/24 / Judge Matthew McFarland

## Amendment 821 Eligibility

My name is Farhan Jami, a federal inmate housed at FCI Allenwood Low facility in White Deer, PA (verfiable via https://www.bop.gov/inmateloc). I was sentenced in the above case in the United States District Court for the Southern District of Ohio and believe that I may be eligible for relief under one of the provisions of the retroactive amendment which went into effect on November 1, 2023.

I am uncertain as to how the District Court is screening eligibility for such relief and/or if the Court is utilizing the Federal Public Defender for this purpose.

I am asking that you please review my case to determine eligibility for any aspect of Amendment 821 relief. I will provide any/all requested documentation as needed, and request that a Public Defender file on my behalf for the greatest possible reduction in sentence if I am indeed eligible.

Thank you for your time and assistance. I look forward to hearing from you soon.

Sincerely,

Farhan Jami
*[signature]*

FARHAN JAMI
INMATE NAME/NUMBER: 67782-510
FEDERAL CORRECTIONAL COMPLEX-ALLENWOOD LOW
P.O. BOX 1000
WHITE DEER, PA 17887

HARRISBURG PA 171
31 JUL 2024 PM 2 L

Judge McFarland
110 Potter Stewart US Courthouse
100 East Fifth St
Cincinnati, OH 45202

45202-390599